# FILED
## UNDER
# SEAL

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs<br>TYRONE PAUL PONTHIEUX,<br><br>Defendant. | No.<br><br>**ORDER**   2:15-mj-00522-NJK |

Based on the pending *Ex Parte* Application of the Government, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Complaint, together with the Government's Application and this Court's Order, in the above-captioned matters shall be sealed until further Order of the Court.

DATED this 22nd day of June, 2015.

_____
HONORABLE NANCY KOPPE
UNITED STATES MAGISTRATE JUDGE

3