DANIEL G. BOGDEN
United States Attorney
AMBER M. CRAIG
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada  89101
PHONE: (702) 388-6336
FAX:  (702) 388-6698

*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEVADA*
-oOo-

| UNITED STATES OF AMERICA, | 2:15-mj-522-NJK |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE PRELIMINARY HEARING (First Request) |
| TYRONE PAUL PONTHIEUX, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Amber M. Craig, Assistant United States Attorney, counsel for the United States of America, and William Gamage, Esq., counsel for Defendant Tyrone Ponthieux, that the preliminary hearing, currently set for July 10, 2015, at the hour of 4:00 p.m., be vacated and continued for thirty (30) days, or to a date to be set at the Court's convenience.

This stipulation is entered into for the following reasons:

1. The parties are engaged in plea negotiations and require additional time to try to resolve the case in lieu of indictment or a preliminary hearing.

2. The Defendant is in custody and does not object to the continuance.

3. For the reasons stated above, the ends of justice would best be served by a continuance of the preliminary hearing.

//

1

4.  This is the first request for a continuance filed herein.

DATED this ____ day of July 2015.

                                                    DANIEL G. BOGDEN
                                                  United States Attorney

*/s/ William Gamage*                    */s/ Amber M. Craig*
WILLIAM GAMAGE, ESQ.          AMBER M. CRAIG
Counsel for Defendant McDermott     Assistant United States Attorneys

2

*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEVADA*
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>TYRONE PAUL PONTHIEUX,<br><br>　　　　　　Defendant. | **2:15-mj-522-NJK**<br><br>ORDER |

Based upon the pending Stipulation of counsel, and good cause appearing therefore

IT IS ORDERED that the preliminary hearing, currently scheduled for July 10, 2015, at 4:00 p.m., be vacated and continued to the 10th day of ___ August _____, 2015, at 4:00 p.m. in Courtroom 3B.

DATED this 7th day of _____ July _____, 2015.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3