

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TYRONE PAUL PONTHIEUX, ) <br> ) <br> Defendant. ) | 2:15-CR-00327-APG-(NJK) |

**PRELIMINARY ORDER OF FORFEITURE**

    This Court finds that defendant TYRONE PAUL PONTHIEUX pled guilty to Counts One and Two of a Two-Count Criminal Indictment charging him in Count One with Threats Against the President of the United States in violation of Title 18, United States Code, Section 871(a) and in Count Two with Threats Against a Federal Official in violation of Title 18, United States Code, Section 115(a)(1)(b).

    This Court finds defendant TYRONE PAUL PONTHIEUX agreed to the forfeiture of the property set forth in the Plea Agreement.

    This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the offenses to which defendant TYRONE PAUL PONTHIEUX pled guilty.

    The following assets are (1) any firearm or ammunition involved in or used in any knowing violation of any other criminal law of the United States, Title 18, United States Code, Sections 871(a) and 115(a)(1)(b); and (2) any firearm or ammunition intended to be used in violation of any crime of

violence, Title 18, United States Code, Section 871(a) and 115(a)(1)(b) and are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) with Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(A) with Title 28, United States Code, Section 2461(c):

1. Windam Weaponry, Inc., WW-15 .223 Caliber Rifle, serial number WW078387;
2. Rugar Sturm, .223 Caliber Rifle, serial number 583-05498;
3. BOITO / ER AMANTINO / IGA Coach Gun, 20 Gauge Side by Side Shotgun, serial number C701066-13;
4. Marlin 882SS, .22 Caliber Rifle, serial number 01292842;
5. Beretta 92FS, 9mm Pistol, serial number BER649032;
6. Marlin 444SS, .444 Caliber Rifle, serial number 10002851; and
7. Beretta PX4 Storm, 9mm Pistol, serial number PX171060

(all of which constitutes property).

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of TYRONE PAUL PONTHIEUX in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the

name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be signed by the petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's petition and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Daniel D. Hollingsworth
> Assistant United States Attorney
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

1
2    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of
3  this Order to all counsel of record.
4    DATED this 13 day of April, 2016.
5
6
7                              UNITED STATES DISTRICT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26