William H. Gamage, Esq.
Nevada Bar No. 9024
GAMAGE & GAMAGE
1775 Village Center Cir., Suite 190
Las Vegas, Nevada  89134
PH: (702) 386-9529
FX: (702) 382-9529
*Attorney for Defendant Tyrone Ponthieux*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>TYRONE PONTHIEUX, et al.<br><br>Defendant. | CASE NO.:   2:15-cr-00327-APG-NJK<br><br>**STIPULATION TO MODIFY TERMS OF PRETRIAL SERVICES SUPERVISION** |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Steven Myhre, Assistant United States Attorney, counsel for the United States of America, and William Gamage, counsel for TYRONE PONTHIEUX that his terms of Pretrial Services Supervision be modified based upon the following:

1. After the hearing wherein the Court released PONTHIEUX on certain terms under the supervision of Pretrial Services, a detailed interview by and between PONTHIEUX and his Pretrial Services Officer occurred.

2. Based upon this interview and the needs of PONTHIEUX to complete work as an auto mechanic, PONTHIEUX requested modifications to the terms of supervised release.

3. Pretrial Services approved of the requested modifications in order to accommodate PONTHIEUX's need to work along with the other terms of supervised release as follows:

   a. ALCOHOL ABSTINANCE TERM – Remove 'Shall Refrain From Use of Alcohol' (Term #41) and add 'Shall Refrain From Excessive Use Alcohol' (Term #42);

1

    b. LOCATION MONITORING – Remove 'Home Detention' (Term #50B) and replace with 'Curfew' (Term #50A) as approved by Pretrial Services.

    c. LOCATION MONITORING TECHNOLOGY – Remove 'GPS Monitoring' (Term #51D) and replace with 'Location Monitoring Technology as Directed by Pretrial Services' (Term #51A).

4. Based upon discussions with the Pretrial Services Officer handling PONTHIEUX's supervision, the above changes will accommodate PONTHIEUX's requirement to maintain employment; allow more efficient use of Pretrial Services resources; and insure that PONTHIEUX is appropriately supervised while released in accordance with this Court's intent.

DATED THIS 13th day of May, 2016      DATED THIS 13th day of May, 2016

DANIEL G BOGDEN,      GAMAGE & GAMAGE
United States Attorney

    /s/ Steven Myhre, esq.      /s/ William H. Gamage, Esq.
By: _____      By: _____
    STEVEN MYHRE,      WILLIAM H. GAMAGE, ESQ.
    Asst. United States Attorney      Counsel to Tyrone Ponthieux

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>TYRONE PONTHIEUX, et al.<br><br>Defendant. | CASE NO.:   2:15-cr-00327-APG-NJK<br><br>**ORDER MODIFYING TERMS OF PRETRIAL SERVICES SUPERVISION** |

## **ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. After the hearing wherein the Court released PONTHIEUX on certain terms under the supervision of Pretrial Services, a detailed interview by and between PONTHIEUX and his Pretrial Services Officer occurred.

2. Based upon this interview and the needs of PONTHIEUX to complete work as an auto mechanic, PONTHIEUX requested modifications to the terms of supervised release.

3. Pretrial Services approved of the requested modifications in order to accommodate PONTHIEUX's need to work along with the other terms of supervised release as follows:

   a. ALCOHOL ABSTINANCE TERM – Remove 'Shall Refrain From Use of Alcohol' (Term #41) and add 'Shall Refrain From Excessive Use Alcohol' (Term #42);

   b. LOCATION MONITORING – Remove 'Home Detention' (Term #50B) and replace with 'Curfew' (Term #50A) as approved by Pretrial Services.

   c. LOCATION MONITORING TECHNOLOGY – Remove 'GPS Monitoring' (Term #51D) and replace with 'Location Monitoring Technology as Directed by Pretrial Services' (Term #51A).

3

4. Based upon discussions counsel had with the Pretrial Services Officer handling PONTHIEUX's supervision, the above changes will accommodate PONTHIEUX's requirement to maintain employment; allow more efficient use of Pretrial Services resources; and insure that PONTHIEUX is appropriately supervised while released in accordance with this Court's intent.

IT IS HEREBY ORDERED ADJUDGED AND DECREED, that the terms of PONTHIEUX's supervised release are modified as follows:

    a. ALCOHOL ABSTINANCE TERM – Remove 'Shall Refrain From Use of Alcohol' (Term #41) and add 'Shall Refrain From Excessive Use Alcohol' (Term #42);

    b. LOCATION MONITORING – Remove 'Home Detention' (Term #50B) and replace with 'Curfew' (Term #50A) as approved by Pretrial Services.

    c. LOCATION MONITORING TECHNOLOGY – Remove 'GPS Monitoring' (Term #51D) and replace with 'Location Monitoring Technology as Directed by Pretrial Services' (Term #51A).

Dated: May 16, 2016.

_____
UNITED STATES DISTRICT JUDGE