# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:15-CR-327-APG-(NJK) |
| Plaintiff, ) | |
| v. ) | Final Order of Forfeiture |
| TYRONE PAUL PONTHIEUX, ) | |
| Defendant. ) | |

The United States District Court for the District of Nevada entered an Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) with Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(A) with Title 28, United States Code, Section 2461(c) based upon the plea of guilty by defendant Tyrone Paul Ponthieux to the criminal offenses, forfeiting the property set forth in the Plea Agreement and shown by the United States to have the requisite nexus to the offenses to which defendant Tyrone Paul Ponthieux pled guilty. Plea Agreement, ECF No. 32; Change of Plea, ECF No. 37; Amended Preliminary Order of Forfeiture, ECF No. 59.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from April 16, 2016, through May 15, 2016, and from February 7, 2018, through March 8, 2018, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF Nos. 40 and 61.

This Court finds the United States of America notified known third parties by personal service, or by regular mail and certified mail return receipt requested, of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF Nos. 62, 63, and 64.

On March 22, 2018, the United States Attorney's Office served Karen Selover with copies of the Amended Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF Nos. 62, 63, and 64.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(A) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. Windam Weaponry, Inc., WW-15 .223 Caliber Rifle, serial number WW078387;
2. Sturm Ruger, .223 Caliber Ranch Rifle, serial number 583-05498;
3. BOITO / ER AMANTINO / IGA Coach Gun, 20 Gauge Side by Side Shotgun, serial number C701066-13;
4. Marlin 882SS, .22 Caliber Rifle, serial number 01292842;
5. Beretta 92FS, 9mm Pistol, serial number BER649032;
6. Marlin 444SS, .444 Caliber Rifle, serial number 10002851; and

7. Beretta PX4 Storm, 9mm Pistol, serial number PX171060 (all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

Dated: April 30, 2018.

_____
UNITED STATES DISTRICT JUDGE